932 F.2d 1146
 UNITED STATES of America, Plaintiff-Appellee,
v.
Timothy Wayne MORROW (89-5418/5708), George Mooneyham
(89-5710), Defendants-Appellants.
 Nos. 89-5418, 89-5708 and 89-5710.
 United States Court of Appeals,
Sixth Circuit.
 May 6, 1991.
 
 Before MERRITT, Chief Judge, and KEITH, KENNEDY, MARTIN, JONES, KRUPANSKY, MILBURN, GUY, NELSON, RYAN, BOGGS, NORRIS, and SUHRHEINRICH, Circuit Judges.ORDER
 
 
 1
 A majority of the Judges of this Court in regular active service have voted for rehearing of this case en banc. Sixth Circuit Rule 14 provides as follows:
 
 
 2
 The effect of the granting of a hearing en banc shall be to vacate the previous opinion and judgment of this court, to stay the mandate and to restore the case on the docket as a pending appeal.
 
 
 3
 Accordingly, it is ORDERED that the previous decision and judgment of this court 923 F.2d 427 (6th Cir.1991) is vacated, the mandate is stayed and this case is restored to the docket as a pending appeal.
 
 
 4
 The Clerk will direct the parties to file supplemental briefs and will schedule this case for oral argument as soon as practicable.